UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOE WISSMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:22-cv-00669-AGF |
| PROCTER & GAMBLE PAPER PRODUCTS COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Procter & Gamble Paper Products Company's motion (ECF No. 27) to compel Plaintiff's discovery responses. Defendant argues that, notwithstanding several good faith conferences between counsel by telephone, email, and in person pursuant to Local Rule 3.04, Plaintiff has consistently failed to provide his initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1); failed to respond to Defendant's first request for production of documents; failed to execute requested authorizations for release of relevant medical records; failed to supplement his interrogatory responses as he agreed to do during his deposition; and failed to confer regarding the deposition of Plaintiff's medical provider.

Plaintiff has not responded to the motion to compel, and the time to do so has passed.[1] Upon careful consideration of Defendant's arguments, proposed discovery

---

[1] The Court notes that Defendant filed its motion for summary judgment on August 2, 2023, which was the deadline for dispositive motions under the Case Management

requests, and the proportionality concerns set forth in the Federal Rules of Civil Procedure, and for the reasons set forth in the motion to compel, which Plaintiff has not opposed,

**IT IS HEREBY ORDERED** that Defendant's motion to compel is **GRANTED**. ECF No. 27.

**IT IS FURTHER ORDERED** that Plaintiff shall, within **10 days** of this Order, produce his Rule 26 disclosures; respond to Defendant's first request for production of documents fully and without objection, including executing the requested authorizations for release of relevant records; supplement his interrogatory responses as discussed during his deposition; and confer in good faith with Defendant regarding the deposition of Plaintiff's medical provider. Failure to comply with this order may result in the imposition of sanctions, including possible dismissal for failure to prosecute, pursuant to Federal Rule of Civil Procedure 37(b)(2).

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 7th day of August, 2023.

---

Order. Trial is also scheduled for December 11, 2023. However, Defendant has not withdrawn its motion to compel or indicated that a ruling on such motion is no longer necessary. To the extent that any supplemental discovery produced in accordance with this Order requires amendment of the Case Management Order, the parties shall promptly confer and file an appropriate motion.